| | |
|---|---|
| 1 | LAWRENCE G. BROWN |
|   | Acting United States Attorney |
| 2 | MARLON COBAR |
|   | Assistant U.S. Attorneys |
| 3 | 4401 Federal Building |
|   | 2500 Tulare Street |
| 4 | Fresno, CA 93721 |
|   | Telephone: (559)497-4000 |

FILED
JUL 3 0 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY  J. HELLINGS
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )   1:09-CR-00272-OWW
                                    )
            Plaintiff,              )   ORDER TO UNSEAL SUPERSEDING
                                    )   INDICTMENT PURSUANT TO
     v.                             )   FEDERAL RULES OF CRIMINAL
                                    )   PROCEDURE, RULE 6(e).
FABIO CAZARES-ZAMORA, et al.        )
                                    )
            Defendants.             )
_____)

The Indictment in this case having been sealed, and unsealed in part through various redactions during initial appearance proceedings, by Order of this Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, and it appearing that it no longer need remain secret, it is hereby ORDERED that the Indictment be unsealed and made public record.

Dated: July 29, 2009

_____
HON. DENNIS L. BECK
U.S. Magistrate Judge