```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  MARLON COBAR
    Assistant U.S. Attorneys
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, CA 93721
    Telephone: (559)497-4000
```

FILED

JUL 30 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ___J. HELLINGS___
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:09-CR-00272-OWW |
|---|---|---|
| Plaintiff, | ) | ORDER TO UNSEAL SUPERSEDING INDICTMENT PURSUANT TO FEDERAL RULES OF CRIMINAL PROCEDURE, RULE 6(e). |
| v. | ) | |
| FABIO CAZARES-ZAMORA, et al. | ) | |
| Defendants. | ) | |

The Indictment in this case having been sealed, and unsealed in part through various redactions during initial appearance proceedings, by Order of this Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, and it appearing that it no longer need remain secret, it is hereby ORDERED that the Indictment be unsealed and made public record.

Dated: July 29, 2009

/s/ Dennis L. Beck
HON. DENNIS L. BECK
U.S. Magistrate Judge