BENJAMIN B. WAGNER
United States Attorney
MARLON COBAR
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:09-cr-00272-OWW |
| Plaintiff, ) | |
| ) | ORDER CONTINUING SECOND STATUS |
| ) | CONFERENCE |
| v. ) | |
| ) | |
| FABIO CAZARES-ZAMORA, et. al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

The United States of America, by and through BENJAMIN B. WAGNER, United States Attorney, and MARLON COBAR and KATHLEEN A. SERVATIUS, Assistant United States Attorneys, and the defendants, by and through their respective attorneys, have stipulated to a continuance of the status conference in this case, currently set for November 23, 2009 to January 19, 2010 at 9:00 a.m.  The government and the defendants have jointly requested the continuance based on five key reasons, as outlined in the Stipulation to Continue Second Status Conference, filed by the government.

THEREFORE, it appearing that the request is supported by good cause, in that the ends of justice served by a continuance "outweigh the best interests of the public and the defendants in a speedy trial."  See 18 U.S.C. § 3161(h)(8).

1

1 | IT IS HEREBY ORDERED that the status conference in this case be continued until January 2 | 19, 2010 at 9:00 a.m.

3 | IT IS HEREBY ORDERED that the time between November 23, 2009 to January 19, 2010 at 4 | 9:00 a.m. be excluded pursuant to 18 United States Code, Section 3161(h).

5 | IT IS SO ORDERED.

6 | **Dated:   November 17, 2009**                     /s/ Oliver W. Wanger
                                                                    UNITED STATES DISTRICT JUDGE