IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIO ALBERTO CAZARES-ZAMORA,<br>MIGUEL ANGEL MEDINA-TRAPERO<br>CARLOS ESTEBAN ALACON-CHIQUETE,<br>LUIS BERNARDO FELIX-ORRANTIA,<br>RUBEN ROMAN_MONTES,<br>ADRIAN AGUILAR-MAGANA,<br>LEONARDO AGUILAR-MAGANA,<br>MARIO AGUILAR-MAGANA,<br><br>Defendants. | CASE NO. 1:09-CR-00272 DAD<br><br>**ORDER DISMISSING DEFENDANTS FROM INDICTMENT**<br>**(Fed.R.Crim.P 48(A))** |

The United States of America, having moved this Court to dismiss the indictment as to the defendants identified in the caption of this order above only, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, without prejudice and in the interest of justice and good cause appearing;

IT IS HEREBY ORDERED that the indictment in the above-entitled case be dismissed as to those defendants only without prejudice in the interest of justice.

IT IS FURTHER ORDERED that the warrants as to these dismissed defendants be recalled and this case be closed.

IT IS SO ORDERED.

Dated: **September 6, 2019**  _____
UNITED STATES DISTRICT JUDGE

1